In the Matter of CHARLES F. COSSUM, an Attorney.— Motion granted, and respondent's name stricken from the roll of attorneys. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of the Judicial Settlement of the Account of PERCY D. ELLIOTT and Others, as Testamentary Trustees, etc., of JOHN G. ELLIOTT, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of RUFUS L. PERRY, an Attorney.— Compensation of referee fixed, and order signed.

WILLIAM F. MARKS and Others, Appellants, v. JAMES BENNETT, Individually, etc., and Others, Respondents.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

GORDON H. PECK,. Respondent, v. HAVERSTRAW WATER SUPPLY COMPANY, Appellant.— Motion to dismiss appeal granted by default. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,. v. ALFRED RICHARDSON, Appellant.— This case was argued on November 8, 1916. Mr. Justice Carr, then a member of this court, sat with the court on that day. On March 1, 1917, Mr. Justice Blackmar became a member of this court in place of Mr. Justice Carr, who was temporarily relieved. The decision of this case was made on May 4, 1917. (See 178 App. Div. 925.) Mr. Justice Carr never resumed his duties as a member of this court up to the time of his death, and consequently took no part in this decision. The motion is granted in this respect; otherwise it is denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ. Order to be settled before the Presiding Justice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL F. GLEASON, Respondent, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

BEATRICE C. SHIVERICK, Appellant, v. SEYMOUR W. BONSALL,·Defendant. PRECIOUS WOODS HANDLING COMPANY, Respondent.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.